1   Sanford Jay Rosen, State Bar No. 62566
    Maria V. Morris, State Bar No. 223903
2   Lori E. Rifkin, State Bar No. 244081
    ROSEN, BIEN & GALVAN, LLP
3   315 Montgomery Street, Tenth Floor
    San Francisco, CA 94104
4   Telephone: (415) 433-6830
    Facsimile:  (415) 433-7104
5
6   Attorneys for Plaintiffs

7   (Additional Counsel for Plaintiffs on the following page)

8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12                                          Case Nos. C 08-1190-SI, C 08-1184-SI

13   CLAUDE BRYANT, et al.,                 STIPULATION OF SUBSTITUTION
     On behalf of themselves and all employees   OF COUNSEL FOR PLAINTIFFS AND
14   similarly situated,                    NOTICE OF APPEARANCE OF NEW
                                            COUNSEL
15          Plaintiffs,

16   v.

17   SERVICE CORPORATION
     INTERNATIONAL , et al.,
18
            Defendants.
19

20

21   WILLIAM HELM, et al. On behalf of
     themselves and all employees similarly
     situated,
22          Plaintiffs,

23   v.

24   ALDERWOODS GROUP, INC., et al.

25          Defendants.

26          PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby

27   subsitute one of their counsel and attorneys of record as in this matter as follows:

28   Former Counsel:      Rosen, Bien and Galvan, LLP

<pre>
 1        Sanford Jay Rosen
          Maria V. Morris
          Lori E. Rifkin
 2        315 Montgomery Street, Tenth Floor
          San Francisco, CA  94104
 3        (415) 433-6830

 4   New Counsel:    Burnham Brown
                     Robert M. Bodzin
 5                   P.O. Box 119
                     Oakland, California 94604-0119
 6                   (510) 444-6800

 7        PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON

 8   LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs

 9

10   DATED:  October 23, 2008        ROSEN, BIEN & GALVAN, LLP

11

12                                   By
13                                     Sanford Jay Rosen, State Bar No. 62566
                                       Maria V. Morris, State Bar No. 223903
14                                     Lori E. Rifkin, State Bar No. 244081

15                                   315 Montgomery Street, Tenth Floor
                                     San Francisco, CA  94104
16                                   Telephone: (415) 433-6830

17
     DATED:  October 23, 2008        BURNHAM BROWN
18

19                                   By
20                                     Robert M. Bodzin, State Bar No. 201327
                                       P.O. Box 119
21                                     Oakland, CA  94604-0119
                                       Telephone: (510) 444-6800
22
23
24
25
26
27
28
</pre>

STIP OF SUBSTITUTION OF COUNSEL FOR    2    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL.

10/23/2008 14:06 FAX 415 433 7104     ROSEN BIEN GALVAN     Ø004
Oct-14-08  09:19am   From-BURNHAM BROWN                        +510 835 6666     T-016   P.006/006   F-164

Case3:08-cv-00283-WSS   Document04118   Filed 10/24/2008   Page 3 of 4

1    Additional Counsel for Plaintiffs

2    J. Nelson Thomas, NY Attorney No. 2579159
     Patrick J. Solomon, NY Attorney No. 2716660
3    Annette Gifford, NY Attorney No. 4105870
     DOLIN, THOMAS & SOLOMON LLP
4    693 East Avenue
     Rochester, NY 14607
5    Telephone: (585) 272-0540
     Facsimile:  (585) 272-0574
6
     Charles H. Saul, PA State Bar No. 19938
7    MARGOLIS EDELSTEIN
     525 William Penn Place, Suite 3300
8    Pittsburgh, PA 15219
     Telephone:  (412) 281-4256
9    Facsimile:   (412) 642-2380

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10/23/2008 14:06 FAX 415 433 7104    ROSEN BIEN GALVAN    ☑005

Oct-14-08   09:19am   From-BURNHAM BROWN                    +510 835 6666      T-016  P.005/006  F-164

Case 3:08-cv-00288-WSS   Document 118   Filed 10/28/2008   Page 4 of 4

1  PURSUANT TO STIPULATION
   IT IS SO ORDERED
2

3  DATED: October ___, 2008

4                                    _____
                                     HONORABLE SUSAN ILLSTON
                                     UNITED STATES DISTRICT COURT
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP OF SUBSTITUTION OF COUNSEL FOR        3    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL