STEVEN H. GURNEE, ESQ. SB# 66056
JOHN A. MASON, ESQ.
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone     (916) 797-3100
Facsimile     (916) 797-3131

Attorneys for Defendants

SERVICE CORPORATION INTERNATIONAL,
SCI FUNERAL AND CEMETERY PURCHASING
COOPERATIVE, INC., SCI EASTERN MARKET
SUPPORT CENTER, L.P. SCI WESTERN MARKET
SUPPORT CENTER, L.P., SCI HOUSTON MARKET
SUPPORT CENTER, L.P., JANE D. JONES,
GWEN PETTEWAY, THOMAS RYAN, CURTIS BRIGGS,
ALDERWOODS GROUP, INC., and PAUL HOUSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>SERVICE CORPORATION INTERNATIONAL et al.<br><br>          Defendants.<br><br>_____<br><br>WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>          Plaintiffs,<br><br>     vs. | **CASE NO.  3:08-CV-01190 SI**<br>**CASE NO.  3:08-CV-01184 SI**<br><br>**STIPULATION TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER** |

STIPULATION TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER
Case No.: 3:08-CV-01190 SI;
Case No.: 3:08-CV-01184 SI

1

1  ALDERWOODS GROUP, INC., PAUL A.                    )
2  HOUSTON, SERVICE CORPORATION                       )
   INTERNATIONAL, SCI FUNERAL AND                     )
3  CEMETERY PURCHASING                                )
   COOPERATIVE, INC., SCI EASTERN                     )
4  MARKET SUPPORT CENTER, L.P., SCI                   )
5  WESTERN MARKET SUPPORT CENTER,                     )
   L.P., a/k/a SCI WESTERN MARKET                     )
6  SUPPORT CENTER, INC., and SCI                      )
7  HOUSTON MARKET SUPPORT CENTER,                     )
   L.P.                                               )
8                                                     )
                 Defendants.                          )
9  _____          )

10                        **STIPULATION**

11        Previously, Plaintiffs and Defendants agreed to, and the Court entered, a Stipulated Protective Order

12  Pursuant to Fed. R. Civ. P. 26(C). *(Bryant* Docket No. 112; *Helm* Docket No. 124). That Protective Order, *inter*

13  *alia,* set out a procedure permitting parties to designate certain discovery materials "CONFIDENTIAL." In

14  response to discovery demands in this case, Defendants have designated certain documents "CONFIDENTIAL"

15  pursuant to the Protective Order, and Plaintiffs have not currently challenged some of those designations.

16        Pursuant to Civil Local Rules 79-5 and 7-12, Plaintiffs and Defendants in these matters, through their

17  undersigned counsel, hereby stipulate that in submitting Defendants' Reply in support of their pending motions to

18  dismiss, Defendants may file under seal pursuant to the Protective Order the following documents, each of which

19  has been designated "CONFIDENTIAL":

20        1.  Defendants Service Corporation International, SCI Eastern Market Support Center, L.P., SCI

21            Houston Market Support Center, L.P., Jane D. Jones, Gwen Petteway, Thomas Ryan and Curtis

22            Briggs Reply in Support of Their Motion to Dismiss Complaint Pursuant to FRCP 12(B)(2) and

23            FRCP 12(B)(6), which describes and quotes from materials Defendants have designated as

24            "CONFIDENTIAL"

25        2.  Defendants' Evidentiary Objections and Motion to Strike Portions of Plaintiffs' Consolidated

26            Declaration of Sarah Cressman in Opposition to Defendants' Motions to Dismiss, for Partial

27            Judgment on the Pleadings, and to Strike and Require a More Definite Statement and Motions for

28  STIPULATION TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER                    2
    Case No.:  3:08-CV-01190 SI;
    Case No.:  3:08-CV-01184 SI

1    Stay and Award of Attorney Fees and Costs Pursuant to FRCP 41(d), which describes and quotes

2    from materials Defendants have designated as "CONFIDENTIAL"

3

     **AGREED TO:**

4

5    /s/Annette Gifford                                    /s/Nicholas P. Forestiere
     Annette Gifford                                       Nicholas P. Forestiere
6    Thomas & Solomon LLP                                  Gurnee & Daniels LLP
7    693 East Avenue                                       2240 Douglas Blvd., Suite 150
     Rochester, New York 14607                             Roseville, CA 95661
8    Telephone: (585) 272-0540                             Telephone: (916) 797-3100

9    Attorneys for Plaintiffs                              Attorneys for Defendants

10
                                       **ORDER**
11
           Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders that, in submitting
12
     Defendants' Reply in support of their pending motions to dismiss, Defendants may file under seal pursuant to the
13
     Protective Order the following documents, each of which has been designated "CONFIDENTIAL" by Defendants:
14
           1.  Defendants Service Corporation International, SCI Eastern Market Support Center, L.P., SCI
15
               Houston Market Support Center, L.P., Jane D. Jones, Gwen Petteway, Thomas Ryan and Curtis
16
               Briggs Reply in Support of Their Motion to Dismiss Complaint Pursuant to FRCP 12(B)(2) and
17
               FRCP 12(B)(6), which describes and quotes from materials Defendants have designated as
18
               "CONFIDENTIAL"
19
           2.  Defendants' Evidentiary Objections and Motion to Strike Portions of Plaintiffs' Consolidated
20
               Declaration of Sarah Cressman in Opposition to Defendants' Motions to Dismiss, for Partial
21
               Judgment on the Pleadings, and to Strike and Require a More Definite Statement and Motions for
22
               Stay and Award of Attorney Fees and Costs Pursuant to FRCP 41(d), which describes and quotes
23
               from materials Defendants have designated as "CONFIDENTIAL"
24

25   IT IS SO ORDERED:

26

27                                                    Honorable Susan Illston
                                                      United States District Court
28   STIPULATION TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER                            3
     Case No.: 3:08-CV-01190 SI;
     Case No.: 3:08-CV-01184 SI