1
2
3
4          IN THE UNITED STATES DISTRICT COURT

5          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6    CLAUDE BRYANT, et al.,                    No. C 08-1190 SI
                                               Related Case: No. C 08-1184 SI
7              Plaintiffs,

8    v.                                        **ORDER TO SHOW CAUSE WHY
                                               ORGANIZATIONAL CHART SHOULD
9    SERVICE CORPORATION                       NOT BE FILED WITHOUT SEAL**
     INTERNATIONAL, et al.,
10
               Defendants.
11
12   _____/

13          After the May 29, 2009 hearing on defendants' motion to dismiss for lack of personal

14   jurisdiction, defense counsel provided five charts to assist the Court in understanding the corporate

15   structure of defendant Service Corporation International. Counsel explained in a letter dated June 4 that

16   four of the charts (bates numbered SCI (BRY) 00411-14) have been produced to plaintiffs in discovery

17   and that counsel prepared the fifth chart (which does not have a bates number) for the Court after the

18   May 29 hearing. Defense counsel request that if the fifth chart is made part of the record in this case,

19   it be filed under seal. The Court finds that the fifth chart should be included in the record. It is not

20   evident to the Court, however, why it should be filed under seal. **Defense counsel shall file a**

21   **declaration within five days of the filing of this order explaining why this document should not**

22   **be filed in the public record.** If defense counsel opts not to file a declaration, the Court shall direct the

23   clerk to file and docket the fifth chart on the public docket.

24          **IT IS SO ORDERED.**

25   Dated: July 27, 2009

26                                             _____
27                                             SUSAN ILLSTON
                                               United States District Judge
28



This is the "fifth chart"
—n.

Service Corporation International

SCI Administrative Services, LLC, the General Partner of

Remembrance Memorial Traditions, LLC, the Limited Partner of

SCI Special, Inc.

SCI California Funeral Services, Inc. (see NOTES below)

SCI Funeral Services, LLC

Aldenwoods Group, LLC

SCI Executive Services, Inc.

ECI Capital Corporation

California Cemetery & Funeral Services, LLC

95%

5%

Aldenwoods Group (California), Inc. (see NOTES below)

Rose Hills Holdings Corp.

Rose Hills Company

SCI Me

SCI Wester Cer (see N(

SCI Funera Purchasing C (see NOT

**NOTES:**

SCI Funeral & Cemetery Purchasing Cooperative, Inc. provides administrative and consulting services to SCI Western Market Support Center, Inc. through a Management Services Agreement

SCI Western Market Support Center, Inc. provides administrative and consulting services to SCI California Funeral Services, Inc.

SCI Western Market Support Center, Inc. provides administrative and consulting services to SCI California Funeral Services, Inc. and Aldenwoods Group (California), Inc. through a Management Services Agreement.

CONFIDENTIAL