1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11 WILLIAM HELM, DEBORAH PRISE,           )   CASE NO.  3:08-CV-01184 SI
   HEATHER P. RADY, et al., on behalf of  )
12 themselves and all other employees and former )
   employees similarly situated,          )
13                                         )   **[PROPOSED] ORDER EXTENDING
                    Plaintiffs,            )   TIME TO SUBMIT RESPONSIVE AND
14                                         )   REPLY BRIEFING**
   v.                                      )
15                                         )
   ALDERWOODS GROUP, INC.,                 )
16                                         )
                    Defendant.             )
17                                         )
                                           )
18

19        Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders

20 as follows:

21     1.   Plaintiffs' response to Defendant's Motion to Sever Misjoined Plaintiffs Pursuant to

22 FRCP 21 shall be filed and served no later **Monday, May 17, 2010**; and further,

23     2.   Defendant's reply to that motion shall be filed and served no later than **Monday,**

24 **May 24, 2010**.

25

26

27

28

[PROPOSED] ORDER EXTENDING TIME                    CASE NO.:  3:08-CV-01184 SI
                                       1

IT IS SO ORDERED:

Honorable Susan Illston
United States District Court

_____

AGREED TO:


By: /s/ Annette Gifford                          By: /s/ John A. Mason
    J. Nelson Thomas (*pro hac vice*)          Steven H. Gurnee
    Patrick J. Solomon (*pro hac vice*)         Nicholas P. Forestiere
    Annette Gifford (*pro hac vice*)            John A. Mason
    THOMAS & SOLOMON LLP                         GURNEE & DANIELS LLP
    693 East Avenue                              2240 Douglas Blvd, Suite 150
    Rochester, NY 14607                          Roseville, CA 95648
    Telephone: 585-272-0540                      Telephone: 916-797-3100
    Facsimile: 585-272-0574                      Facsimile: 916-797-3131

    Robert M. Bodzin, State Bar No. 201327       Counsel for Defendant
    BURNHAM BROWN
    P.O. Box 119
    Oakland, CA 94604
    Telephone: (510) 835-6833
    Facsimile: (510) 835-6666

    Charles H. Saul (*pro hac vice*)
    MARGOLIS EDELSTEIN
    525 William Penn Place
    Suite 3300
    Pittsburgh, PA 15219
    Telephone: 412-281-4256
    Facsimile: 412-642-2380

    Counsel for Plaintiffs

[PROPOSED] ORDER EXTENDING TIME      CASE NO.: 3:08-CV-01184 SI