BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>           Defendant. | CASE NO.  3:08-CV-01184 SI<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

    1.    The date for the further Case Management Conference, previously set for July 30, 2010 is moved to **September 10, 2010 at 3:00 p.m.**

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
1

Case No.:  3:08-CV-01184 SI

1  **IT IS SO ORDERED:**

2  *[signature: Susan Illston]*

3  _____
   Honorable Susan Illston
   United States District Court

4

5  **AGREED TO:**

6  Dated: July 21, 2010

7

8

9  By: /s/ Sarah Cressman                              By: /s/ John A. Mason
       J. Nelson Thomas (*pro hac vice*)                Steven H. Gurnee
10     Patrick J. Solomon (*pro hac vice*)              Nicholas P. Forestiere
       Annette Gifford (*pro hac vice*)                 John A. Mason
11     Sarah Cressman (*pro hac vice)*                   GURNEE & DANIELS LLP
       THOMAS & SOLOMON LLP                             2240 Douglas Blvd, Suite 150
12     693 East Avenue                                  Roseville, CA 95648
       Rochester, NY 14607                              Telephone: 916-797-3100
13     Telephone: 585-272-0540                          Facsimile: 916-797-3131
       Facsimile: 585-272-0574
14
                                                           Counsel for Defendant
15     Robert M. Bodzin, State Bar No. 201327
       BURNHAM BROWN
16     P.O. Box 119
       Oakland, CA 94604
17     Telephone: (510) 835-6833
       Facsimile: (510) 835-6666
18
       Charles H. Saul (*pro hac vice*)
19     Liberty J. Weyandt (*pro hac vice*
       pending*)
20     Kyle T. McGee (*pro hac vice*)
21     MARGOLIS EDELSTEIN
       525 William Penn Place
22     Suite 3300
       Pittsburgh, PA 15219
23     Telephone: 412-281-4256
       Facsimile: 412-642-2380
24
25     Counsel for Plaintiffs
26
27
28
   [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
                                              2

   Case No.: 3:08-CV-01184 SI