1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | WILLIAM HELM, DEBORAH PRISE,                ) CASE NO.  3:08-CV-01184 SI
   | HEATHER P. RADY, et al., on behalf of       )
12 | themselves and all other employees and former )
   | employees similarly situated,               )
13 |                                              ) **[PROPOSED] ORDER CONTINUING**
   |                    Plaintiffs,               ) **CASE MANAGEMENT CONFERENCE**
14 |                                              )
   | v.                                           )
15 |                                              )
   | ALDERWOODS GROUP, INC.,                      )
16 |                                              )
   |                    Defendant.                )
17 |                                              )
   |                                              )
18 |                                              )
   |                                              )
19 |_____)

20     Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as

21 follows:

22     1.    The date for the further Case Management Conference, previously set for October 1,

23 2010 is continued to **December 16, 2010 at 3:00 p.m.**

24

25

26

27

28
   [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
                                  1

   Case No.:  3:08-CV-01184 SI

**IT IS SO ORDERED:**

Dated: _____      _____
　　　　　　　　　　　　　　　　　Honorable Susan Illston
　　　　　　　　　　　　　　　　　United States District Court

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
2

Case No.:  3:08-CV-01184 SI