1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7
                          UNITED STATES DISTRICT COURT
8
                         NORTHERN DISTRICT OF CALIFORNIA
9

10

11 WILLIAM HELM, et al., on behalf of        )   CASE NO.  3:08-CV-01184 SI
   themselves and all other employees and former )
12 employees similarly situated,             )
                                             )
13                                           )   **[PROPOSED] ORDER PERMITTING**
                   Plaintiffs,               )   **TELEPHONIC APPEARANCES AT**
14        vs.                                )   **CASE MANAGEMENT CONFERENCE**
                                             )
15 ALDERWOODS GROUP, INC.,                   )
                                             )
16                 Defendant.                )
                                             )
17                                           )
                                             )
18                                           )
   _____)
19

20        Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders

21 as follows:

22        1.    Plaintiffs and Defendant shall attend the Case Management Conference set for

23 **February 18, 2011 at 3:00 p.m** by telephonic appearance.

24

25

26

27

28
   **[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE**
   **MANAGEMENT CONFERENCE**                                                        1

   Case No.:  3:08-CV-01184 SI

1  IT IS SO ORDERED:

2
3     2/11/11                                   _____
4                                               Honorable Susan Illston
                                                United States District Court
5
   AGREED TO:
6

7  By: /s/ Sarah Cressman                    By: /s/ John A. Mason
       J. Nelson Thomas (*pro hac vice*)         Steven H. Gurnee
8      Patrick J. Solomon (*pro hac vice*)       David M. Daniels
       Annette Gifford (*pro hac vice*)          John A. Mason
9      Sarah Cressman (*pro hac vice*)           GURNEE & DANIELS LLP
       THOMAS & SOLOMON LLP                      2240 Douglas Blvd, Suite 150
10     693 East Avenue                           Roseville, CA 95648
       Rochester, NY 14607                       Telephone: 916-797-3100
11     Telephone: 585-272-0540                   Facsimile: 916-797-3131
12     Facsimile: 585-272-0574
                                                 Counsel for Defendant
13
       Robert M. Bodzin, State Bar No. 201327
14     BURNHAM BROWN
       P.O. Box 119
15     Oakland, CA 94604
       Telephone: (510) 835-6833
16     Facsimile: (510) 835-6666

17
       Charles H. Saul (*pro hac vice*)
18     Liberty J. Weyandt (*pro hac vice pending*)
19     Kyle T. McGee (*pro hac vice*)
20     MARGOLIS EDELSTEIN
       525 William Penn Place
21     Suite 3300
       Pittsburgh, PA 15219
22     Telephone: 412-281-4256
23     Facsimile: 412-642-2380

24     Counsel for Plaintiffs

25
26
27
28
   [PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE
   MANAGEMENT CONFERENCE                                           2

   Case No.: 3:08-CV-01184 SI